**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shairoz Mellesmoen,

      Plaintiff,

v.

Remington Hospitality, Inc.,

      Defendant.

Case No. 26-cv-1431 (MJD/DTS)

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.


Dated: April 20, 2026

         s/ David T. Schultz_____
         DAVID T. SCHULTZ
         United States Magistrate Judge